# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CV-019-RJC-DCK

| | |
|---|---|
| SUSAN K. CARPENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXTLEVEL ASSOCIATION SOLUTIONS, INC., )<br>WILLIAM DOUGLAS MANAGEMENT, INC., )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Frederick M. Thurman, Jr., concerning Philip M. Oliss on January 14, 2021. Philip M. Oliss seeks to appear as counsel *pro hac vice* for Defendant NextLevel Association Solutions, Inc. d/b/a HomeWiseDocs.com. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Philip M. Oliss is hereby admitted *pro hac vice* to represent Defendant.

Signed: January 15, 2021

David C. Keesler
United States Magistrate Judge