IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-019-RJC-DCK

| SUSAN K. CARPENTER, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NEXTLEVEL ASSOCIATION SOLUTIONS, INC., WILLIAM DOUGLAS MANAGEMENT, INC., | ) ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Frederick M. Thurman, Jr., concerning Alexander W. Prunka on January 14, 2021. Alexander W. Prunka seeks to appear as counsel *pro hac vice* for Defendant NextLevel Association Solutions, Inc. d/b/a HomeWiseDocs.com. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Alexander W. Prunka is hereby admitted *pro hac vice* to represent Defendant.

Signed: January 15, 2021

David C. Keesler
United States Magistrate Judge