# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:21-CV-019-RJC-DCK

| | |
|---|---|
| SUSAN K. CARPENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NEXTLEVEL ASSOCIATION SOLUTIONS, INC., ) | |
| and WILLIAM DOUGLAS MANAGEMENT, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Plaintiff To File A Consolidated Response To Defendants' Motion To Dismiss With Increased Pages, And Extension Of Time For Defendant' Replies" (Document No. 23) filed March 8, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Plaintiff To File A Consolidated Response To Defendants' Motion To Dismiss With Increased Pages, And Extension Of Time For Defendant' Replies" (Document No. 23) is **GRANTED**. Plaintiff may file a consolidated response to Defendants' pending motions to dismiss (Document Nos. 13 and 15), not to exceed **thirty (30) pages**, on or before **March 10, 2021**; Defendants shall file reply briefs in support of their motions to dismiss on or before **March 31, 2021**.

**SO ORDERED**.

Signed: March 8, 2021

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge