IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:21-cv-00019-RJC-DCK

SUSAN K. CARPENTER, Trustee of the
H. Joe King, Jr. Revocable Trust, on behalf of )
itself and all others similarly situated. )
                Plaintiff(s), )
v. )
WILLIAM DOUGLAS MANAGEMENT, INC. and )
NEXTLEVEL ASSOCIATION SOLUTIONS, )
INC. d/b/a HOMEWISEDOCS.COM )
                Defendant(s). )

DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

NextLevel Association Solutions, Inc. d/b/a HomeWiseDocs.com who is **Defendant**
*(Name of Party)*                                                 *(Plaintiff / moving party or defendant)*
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes    ☑ No

2. Does the party have any parent corporations?
   ☑ Yes    ☐ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Parent: RealPage, Inc.
   Grandparent: Thoma Bravo, LP

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes    ☑ No

   If yes, identify all such owners:

NCWD-Corporate Disclosure – Sept. 2016

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☑ No

   If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
   ☐ Yes   ☑ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:


s/ Philip M. Oliss                          12/22/2021
Signature of Attorney                       Date

NCWD-Corporate Disclosure – Sept. 2016

Case 3:21-cv-00019-RJC-DCK   Document 41   Filed 12/22/21   Page 2 of 2